STATE OF CONNECTICUT *v.* L.W.

The defendant's petition for certification for appeal from the Appellate Court, 122 Conn. App. 324 (AC 29924), is denied.

NORCOTT and EVELEIGH, Js., did not participate in the consideration of or decision on this petition.

*Glenn W. Falk*, special public defender, in support of the petition.

*Denise B. Smoker*, senior assistant state's attorney, in opposition.

Decided September 22, 2010